Morgan V. Manley, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
(212) 907-9729
*Attorney for Defendant,*
*Frontline Asset Strategies, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID DEVOE, on behalf of himself and all others similarly situated, | Civil Action No. |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| FRONTLINE ASSET STRATEGIES, LLC, JOHN DOES 1-50 and ABC CORP. 1-50, | |
| Defendants. | |

Defendant, Frontline Asset Strategies, LLC ("Defendant" or "FAST"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Passaic County, to the United States District Court for the District of New Jersey, and shows the Court as follows:

1. On January 30, 2023, Plaintiff, David Devoe ("Plaintiff"), filed a civil action in the Superior Court of New Jersey, styled *David Devoe v. Frontline Asset Strategies, LLC*, Case No. PAS-L-000290-23.

2. On July 25, 2023, a copy of the Complaint was served on FAST. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have been served by, or upon FAST, are attached hereto as Composite Exhibit "A." FAST is not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. In the Complaint, Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"). The FDCPA is a law of the United State and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

6.  Defendant will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Superior Court of New Jersey. Defendant will also promptly provide a written copy of the Notice of Removal to Plaintiff.

7.  Defendant has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant respectfully gives notice that the above-described civil action now pending in the Superior Court of New Jersey, Law Division, Passaic County, is removed therefrom to this Court.

Dated: August 24, 2023

        **SMITH, GAMBRELL & RUSSELL, LLP**

By:   */s/ Morgan V. Manley*
     Morgan V. Manley
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel.: (212) 907-9729
Fax: (212) 907-9800
mmanley@sgrlaw.com
*Attorneys for Frontline Asset Strategies, LLC*

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, a true and correct copy of the foregoing Notice of Removal was served via electronic and United States Mail on the following:

Lawrence C. Hersh, Esq.
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
Tel.: (201) 507-6300
Email: lh@hershlegal.com
*Attorney for Plaintiff*

*/s/ Morgan V. Manley*
Morgan V. Manley